ELIZABETH T. FERRO, Respondent, v. FRANK BACILE et al., Appellants.

Christ, P. J., Rabin, Hopkins, Munder and Brennan, JJ., concur.

FRANKLIN NATIONAL BANK, Appellant, v. BRITA HOMES CORP., Respondent.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.